IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TIMOTHY EDWARD WALSH | : CIVIL ACTION |
|---|---|
| v. | : NO. 19-1289 |
| ALEXANDER ACOSTA, *et al.* | : |

## ORDER

**AND NOW**, this 20th day of May 2019, upon considering Plaintiff's *pro se* Complaint (ECF Doc. No. 1) and Response (ECF Doc. No. 6) to our Order to show cause (ECF Doc. No. 4) as to our subject matter jurisdiction over Plaintiff's claims under the Federal Employees' Compensation Act, and finding Plaintiff cannot, after two attempts, allege a cognizable substantial constitutional claim required to proceed, it is **ORDERED** Plaintiff's Complaint (ECF Doc. No. 1) is **DISMISSED with prejudice** as we lack subject matter jurisdiction and the Clerk of Court shall **close** this case.

KEARNEY, J.